IN THE
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SONY BMG MUSIC ENTERTAINMENT, ET AL.,** <br><br> Plaintiff/Petitioner <br><br> vs. <br> **PIERINA D. MEDINA** <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO: **08CIV5966** <br><br> DECLARATION OF SERVICE OF: <br> **NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; RULE 7.1 STATEMENT; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT A; PRACTICES OF JUDGE JOHN F. KEENAN; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN; ELECTRONIC CASE FILING RULES & INSTRUCTIONS** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **18th day of July, 2008, at 7:30 PM**, at the address of **66 POST Avenue APT. 4A, NEW YORK, New York** County, **NY 10034**; this declarant served the above described documents upon **PIERINA D. MEDINA**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Roosevelt Medina, Brother, A Hispanic male approx. 18-21 years of age 5'6"-5'8" in height weighing 180-200 lbs**, a person of suitable age and discretion residing at the respondent's usual place of abode listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **New York** that the statement above is true and correct.

DATED this **30th day of July, 2008**.

_____
Curtis Warren, Reg. # 870667, New York, NY

FOR: **ROBINSON & COLE, LLP**   ORIGINAL PROOF OF   Tracking #: **5308372** SEA
REF: **MEDINAPIERINAD|120733627**   SERVICE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE: 7/18/08

Service of Summons and Complaint was made by me [1]

NAME OF SERVER (PRINT) Curtis Warren       TITLE: Process Server

*Check one box below to indicate appropriate method of service.*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

Name of person with whom the summons and complaint were left: Roosevelt Medina (brother)

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

TRAVEL                SERVICES                TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 7/18/08
Dated

Signature of Server    870667

628 Hancock St., Brooklyn NY 11233
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## Southern District of New York

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, LLC, a Delaware limited liability company, | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER:<br><br>'08 CIV 5966 |

V.

PIERINA D. MEDINA

TO:

Pierina D. Medina
66 Post Avenue
Apt. 4A
New York, NY 10034

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian E. Moran (BM-8573)
Victor B. Kao (VK6967)
Robinson & Cole LLP
885 Third Avenue, Suite 2800
New York, NY 10022-4834
Telephone: (212) 451-2900
Facsimile: (212) 451-2999

an answer to the complaint which is served on you with this summons, within ___20___ days after service summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                               JUL 0 1 2008

_____                    _____
CLERK                                                                              DATE

_____
(By) DEPUTY CLERK